IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAVITA NEWSOME                                                                                       PLAINTIFF

v.                                            No. 4:20-cv-391-DPM

NATANIEL GREEN, LARRY
FOSTER, MICHAEL THOMAS,
CJ MAGNOLIA, CHALIE BOI,
KEEVAN WHEELER, MOTEL 6,
DOUBLTETREE HOTEL, RESIDENCE
INN, SPANISH TRAIL, LITTLE ROCK
SHERIFF DEPARTMENT, CHI ST. VINCENT
HOSPITAL, NORTH LITTLE ROCK POLICE
DEPARTMENT, BANK OF AMERICA,
FIRST NATIONAL BANK OF TEXAS,
FIRST CONVIENE BANK, VERISON
WIRELESS, CRICKET, UNITED STATES
POSTAL SERVICE, SPRINT
COMMUNITCATION, METRO PCS, DOES                              DEFENDANTS

ORDER

1.   Newsome's application to proceed *in forma pauperis*, Doc. 1, is denied as insufficient.  The Court cannot tell exactly what assets she has and whether she can pay the filing fee.  To establish need, Newsome must therefore complete a new application identifying her current assets, income, and expenses.

2.   The Court must also screen her complaint. 28 U.S.C. §1915(e)(2). The Court's rules require a short and plain statement of facts that show a plausible violation of some particular law.  FED. R.

CIV. P. 8(a); 28 U.S.C. § 1915(e)(2)(B)(ii).  Newsome claims harassment and abuse, both physical and financial, but does not specify how she was harmed, who harmed her, and what law, federal or state, these actions violated.  *Doc. 2 & 3.*  The Court needs to know particulars.

3.   Newsome must file a new *in forma pauperis* application and a second amended complaint by 5 June 2020.  If Newsome does not comply, the Court will dismiss her case without prejudice.  LOCAL RULE 5.5(c)(2).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 May 2020