IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAVITA NEWSOME                                                                           PLAINTIFF

v.                      No. 4:20-cv-391-DPM

NATANIEL GREEN, LARRY
FOSTER, MICHAEL THOMAS,
CJ MAGNOLIA, CHALIE BOI,
KEEVAN WHEELER, MOTEL 6,
DOUBLTETREE HOTEL, RESIDENCE
INN, SPANISH TRAIL, LITTLE ROCK
SHERIFF DEPARTMENT, CHI ST. VINCENT
HOSPITAL, NORTH LITTLE ROCK POLICE
DEPARTMENT, BANK OF AMERICA,
FIRST NATIONAL BANK OF TEXAS,
FIRST CONVIENE BANK, VERISON
WIRELESS, CRICKET, UNITED STATES
POSTAL SERVICE, SPRINT
COMMUNITCATION, METRO PCS, DOES         DEFENDANTS

ORDER

Newsome hasn't filed a new application to proceed *in forma pauperis* and a second amended complaint; and the time to do so has passed. *Doc. 4.* This case will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). The pending motion to dismiss for lack of jurisdiction, *Doc. 5*, is denied as moot.

- 2 -

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 June 2020