IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAVITA NEWSOME                                                                              PLAINTIFF

v.                              No. 4:20-cv-391-DPM

NATANIEL GREEN, LARRY
FOSTER, MICHAEL THOMAS,
CJ MAGNOLIA, CHALIE BOI,
KEEVAN WHEELER, MOTEL 6,
DOUBLTETREE HOTEL, RESIDENCE
INN, SPANISH TRAIL, LITTLE ROCK
SHERIFF DEPARTMENT, CHI ST. VINCENT
HOSPITAL, NORTH LITTLE ROCK POLICE
DEPARTMENT, BANK OF AMERICA,
FIRST NATIONAL BANK OF TEXAS,
FIRST CONVIENE BANK, VERISON
WIRELESS, CRICKET, UNITED STATES
POSTAL SERVICE, SPRINT
COMMUNITCATION, METRO PCS, DOES                     DEFENDANTS

JUDGMENT

Newsome's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_8 June 2020_