# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

LAVITA NEWSOME                                PLAINTIFF

v.                  No. 4:20-cv-391-DPM

NATHANIEL GREEN; LARRY FOSTER;
MICHAEL THOMAS; CJ MAGNOLIA;
CHALIE BOI; KEEVAN WHEELER;
MOTEL 6, Sam Hamilton, Deluxe Inn
Clinton Airport; DOUBLETREE HOTEL,
Downtown Little Rock; RESIDENCE INN,
Little Rock; SPANISH TRAIL, Lancaster,
Texas; LITTLE ROCK SHERIFF
DEPARTMENT; CHI ST. VINCENT
HOSPITAL; NORTH LITTLE ROCK
POLICE DEPARTMENT; BANK OF
AMERICA; FIRST NATIONAL BANK
OF TEXAS; FIRST CONVIENE BANK;
VERISON WIRELESS; CRICKET; UNITED
STATES POSTAL SERVICE, Jacksonville,
Arkansas; SPRINT COMMUNICATION;
METRO PCS; DOES, Google LLC members,
Facebook profile members, Marco Polo app
developer, Tyreece; KEVIANNA ELEY;
T. MOBILE; and KICARD COSTOR          DEFENDANTS

## ORDER

The Court dismissed this case more than three years ago in June 2020. *Doc. 7.* Newsome's motion for reconsideration, *Doc. 9,* is denied as untimely. Fed. R. Civ. P. 60(c)(1). And she provides no

sufficient reason, as best the Court can tell, in support of reopening this case now.

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 November 2023